UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JING-SHENG YANG**,

       Plaintiff,

v.                                              Hon. Janet T. Neff

**MEIJER, INC., et al**.,               **Case No. 1:13-cv-00342**

       Defendants.
_____/

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A), Plaintiff, Jing-Sheng Yang, by and through its counsel, hereby dismisses all counts in the complaint filed in this matter against Defendants Meijer, Inc. and Citi-Talent Ltd., without prejudice, and without costs.

Dated: September 27, 2013           KANE & CO., PLC

                                               /s/Barry C. Kane
                                               Barry C. Kane (P45851)
                                               29 Pearl St. N.W.
                                               410 Federal Square Building
                                               Grand Rapids, MI 49503
                                               616.726.5905
                                               Attorney for Plaintiff